MAX SILBERG, PLAINTIFF-APPELLANT, v. JACOB KLARFIELD, DEFENDANT-APPELLEE.

Submitted October 5, 1943—Decided January 5, 1944.

Before Justices CASE, DONGES and PORTER.

For the plaintiff-appellant, *Rothbard, Greenstone & Harris*.

For the defendant-appellee, no appearance.

PER CURIAM.

Plaintiff-appellant sued in the First District Court of the City of Newark to recover $50 on each of six counts, plus attorney's fees and costs, upon the allegation that the defendant-appellee had demanded and received from the plaintiff the sum of $35 per month for six months, from April, 1942, to October, 1942, for a dwelling unit, while the maximum rent permitted under a regulation established by the Administrator of the Emergency Price Control Act of 1942 was $32 per month. The trial judge held "that this suit was in fact a proceeding to collect penalties not imposed

or authorized by any statute of the State of New Jersey; that this court had no jurisdiction and dismissed the suit." Plaintiff thereupon took this appeal.

We conclude that this appeal is controlled by the recent opinion of this court in *Beasley* v. *Gottlieb,* 131 *N. J. L.* 117, which leads to a reversal of the judgment in this case. Costs to abide the event.